# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-30592
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
August 6, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Sealed Appellant,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:23-CR-197-2

---

Before Jones, Ho, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Appellant appeals the sentence imposed following her conviction for possession of a firearm in furtherance of a drug trafficking crime and conspiracy to distribute and to possess with intent to distribute methamphetamine. She argues that, in light of the assistance she offered the Government, the district court should have required the Government to state the reasons for declining to file a motion for departure under U.S.S.G.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30592

§ 5K1.1 or 18 U.S.C. § 3553(e).  Having failed to make a threshold showing of unconstitutional motive on behalf of the Government, Appellant's argument is foreclosed by *Wade v. United States*, 504 U.S. 181, 185-87 (1992). *See United States v. Jackson*, 22 F.3d 583, 585 (5th Cir. 1994).

AFFIRMED.